UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENEE CROFT,

        Plaintiff,

v.

ALD, LLC, ET AL.,

        Defendants.

_____/

Case No. 15-10077

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER ADOPTING REPORT AND RECOMMENDATION [31]; GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [25]**

Plaintiff Renee Croft filed a Complaint [Dkt. 1] against Defendants ALD, LLC, Davis, and Foley[1] on January 9, 2015, alleging violations of 15 U.S.C. § 1692, the Fair Debt Collection Practices Act ("FDCPA"), M.C.L. § 339.901, the Michigan Occupational Code ("MOC"), and M.C.L. § 445.251, the Michigan Collection Practices Act ("MCPA"). Because Defendants failed to properly appear in this action, the Clerk of Court entered defaults against them. [Dkt. 14, 22, 23].

Plaintiff filed a Motion for Default Judgment [25] on September 21, 2016. The Court granted Plaintiff's motion and referred it to the Magistrate Judge for a hearing and determination of damages. [26, 27].

---

[1] Davis and Foley are both believed to be employees and/or agents of ALD.

After a hearing on the Motion on January 10, 2017, the Magistrate Judge took the motion under advisement. The Report and Recommendation [31] was issued on January 23, 2017. Neither party filed objections to the Report & Recommendation. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, the Report and Recommendation [31] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that default judgment be entered in the amount of $41,000;

**IT IS FURTHERED ORDERED** that if Plaintiff wishes to recover for costs and fees, she will submit an attorney fee/cost petition, properly supported by affidavits, billing records, and any other appropriate documentation, within 14 days of the entry of this Order.

**SO ORDERED**.

Dated: February 27, 2017

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge